No. 10-1022. Nathaniel L. Ortiz, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1705, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2388.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 394 Fed. Appx. 722.

No. 10-1040. John Petrucelli, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1711, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2200.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6733. Jose Raul Jimenez-Lopez, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1673, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2270.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 857.

No. 10-7018. Jerely Lee Birdow, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1674, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2260.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 385 Fed. Appx. 391.

No. 10-7087. Victor Alejo-Hernandez, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1674, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2243.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 387 Fed. Appx. 488.

No. 10-7097. Ericka Culberson, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1674, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2359.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 382 Fed. Appx. 400.

No. 10-7141. Rodolfo Vences, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1718, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2264.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7211. Brad Christopher Hull, Petitioner v. United States.

562 U.S. 1289, 131 S. Ct. 1675, 179 L. Ed. 2d 620, 2011 U.S. LEXIS 2407.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.